# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                    **CIVIL ACTION NO. 1:07CR176-P-D**

**PETER BERNEGGER,**                                            **DEFENDANT.**

## ORDER

These matters came before the court upon counsel for Defendant Peter Bernegger's motion to withdraw as counsel [66], Defendant Bernegger's *pro se* motion to dismiss the Superceding Indictment [72], and the Government's motion to strike the motion to dismiss [74] during a hearing held on April 30, 2009. Accordingly,

**IT IS ORDERED AND ADJUDGED** that:

(1) Since counsel for Defendant Peter Bernegger withdrew his motion to withdraw, counsel for Defendant Peter Bernegger's motion to withdraw as counsel [66] is **DENIED AS MOOT**;

(2) Defendant Bernegger's *pro se* motion to dismiss the Superceding Indictment [72] based upon the Speedy Trial Act is **DENIED**; and

(3) The Government's motion to strike the motion to dismiss [74] is **GRANTED**.

**SO ORDERED** this the 30th day of April, A.D., 2009.

                                                   /s/ W. Allen Pepper, Jr.
                                                   W. ALLEN PEPPER, JR.
                                                   UNITED STATES DISTRICT JUDGE