IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                                          CIVIL ACTION NO. 1:07CR176-P-D

PETER BERNEGGER,                                                           DEFENDANT.

## ORDER

This matter comes before the court upon Defendant Peter Bernegger's Motion to Allow Expert Witness to Remain in Courtroom [121]. After due consideration of the motion, the court finds that it should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Peter Bernegger's Motion to Allow Expert Witness to Remain in Courtroom [121] is **GRANTED**.

**SO ORDERED** this the 27th day of October, A.D., 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE