```
                     UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF MISSISSIPPI
                         Criminal Minutes - Trial
```

Case No.  1:07cr176-P-D          Place Held GREENVILLE

Style UNITED STATES OF AMERICA  v.  Stephen Finch and Peter Bernegger

Date & Time: 11/12/09, 11:30 am - 11:45 am
                        1:55 pm -  2:05 pm
                        2:45 pm -  3:45 pm
         Total Time                        1 hr. 30 MIN

PRESENT:
     Honorable   W. Allen Pepper, Jr., U.S. District Judge

Sally W. Freeman              Susan Alford
Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR GOVERNMENT: ATTORNEYS PRESENT FOR DEFT(S):
Robert Mims                       Def Finch: Gregory Park
Clyde McGee                                  Kevin Payne
                                  Def Bernegger: John Daniels

[Jury Deliberations Began: 11/11/09, 5:00 pm]
Verdict Returned         : 11/12/09, 1:45 pm

VERDICT DEFENDANT FINCH        COUNT 1    NOT GUILTY
                               COUNT 5    NOT GUILTY

VERDICT DEFENDANT BERNEGGER    COUNT 2    NOT GUILTY
                               COUNT 3    GUILTY
                               COUNT 4    GUILTY
                               COUNT 5    NOT GUILTY
                               COUNT 6    GUILTY

Bond Continued see below

REMARKS:
11/12/09   Jury continued deliberating; verdicts rendered; jury
           dismissed.

           Defendant Finch released from Bond;

           Government's oral motion for detention as to Peter
           Bernegger; proof put on; Defendant Bernegger remanded to
           the custody of the US Marshal.

                              DAVID CREWS, Clerk of Court
                              /s/ Sally Freeman
                              Courtroom Deputy