**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                                **CRIMINAL ACTION NO. 1:07CR176-P-D**

**PETER BERNEGGER,**                                                                        **DEFENDANT.**

## ORDER

This matter comes before the court upon the defendant's *pro se* Motion to Reconsider [175] this court's December 15, 2009 Order denying the defendant's motion for substitute appellate counsel. After due consideration of the motion, the court finds as follows, to-wit:

For the reasons discussed in another Order issued this day, the court finds that the motion to reconsider should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the defendant's *pro se* Motion to Reconsider [175] is **DENIED**.

**SO ORDERED** this the 30th day of December, A.D., 2009.

                                                               /s/ W. Allen Pepper, Jr.
                                                               W. ALLEN PEPPER, JR.
                                                               UNITED STATES DISTRICT JUDGE