# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                               **CRIMINAL ACTION NO. 1:07CR176-P-D**

**PETER BERNEGGER,**                                               **DEFENDANT.**

## ORDER

This matter comes before the court upon the defendant's *pro se* Motion to Change Presentence Detention Order [157] filed on December 10, 2009. After due consideration of the motion and the responses filed thereto, the court finds as follows, to-wit:

For the reasons discussed during the defendant's bond hearing on November 12, 2009, the court has concluded that the defendant poses a flight risk and a danger to the community.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the defendant's *pro se* Motion to Change Presentence Detention Order [157] is **DENIED**.

**SO ORDERED** this the 30th day of December, A.D., 2009.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE